# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Parcel 2
Priority Mail parcel with Delivery Confirmation Label 0306 1070 0003 5451 9248 addressed to Laura Wilson, 9438 Channing Circle #1508, Tampa, FLA 33617 with a return address of DeeDee Wilson, 6010 Edge Water, San Diego CA 92139

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 2904

FILED 07 DEC 14 PM 12:21 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

TO: A. L. Flores, Postal Inspector            and any Authorized Officer of the United States

Affidavit(s) having been made before me by A. L. Flores (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   12/19/07
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **BARBARA L. MAJOR**
                                                                                   **U.S. MAGISTRATE JUDGE**
as required by law.

12/10/07 at 6:10pm            at    SDCA
Date and Time Issued                City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-10-07 | 12-13-07  9:22 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspectors A. Flores and S. Machin

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0306-1070-0003-5451-9248

Brown cardboard shipping box contained cardboard panels; packing peanuts; large bundle wrapped in multiple layers of green plastic wrap, with liquid soap, dryer sheets and red tape in between the layers. Inside the bundle was a green leafy substance which field tested positive for marijuana which weighed approximately 10,166.2 grams.

Flores 12/13/07

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana Flores*

Subscribed, sworn to, and returned before me this date.

*Barbara L. Major*
U.S. Judge or Magistrate

12/14/07
Date